NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0213n.06
Filed: March 24, 2005

No. 03-2400

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| DAVID C. HOCKADAY, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| CITY OF DEARBORN, DOYNE E. | ) | EASTERN DISTRICT OF MICHIGAN |
| JACKSON, and AMOCO BEYDOUN | ) | |
| SERVICE CENTER | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

Before: BOGGS, Chief Judge; COOK and BRIGHT[*], Circuit Judges.

PER CURIAM. David Hockaday appeals the district court's grant of summary judgment for defendant Doyne Jackson. At issue on appeal is whether Jackson is entitled to qualified immunity. After hearing oral argument and reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision on this issue for the reasons well stated by District Judge Lawrence Zatkoff in his opinion.

---

[*]The Honorable Myron H. Bright, Circuit Judge for the United States Court of Appeals for the Eighth Circuit, sitting by designation.